Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-07281<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| A.C. Fryer,<br>                Plaintiff,<br>vs.<br>Pfizer, Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Come now the Plaintiff, LULA McKINNES, as Personal Representative of the Estate of A. C. Fryer, Deceased and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

1  DATED: 5/7, 2009        By: _____
2                              Tom Dutton
                                PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
3                              2001 Park Place North, Suite 1100
                                Birmingham, AL 35203
4                              Telephone: (205) 322-8880
                                Facsimile: (205) 328-2711
5
6                              Attorney for Plaintiff

7  DATED: Sept. 28, 2009     By: _____
8
9                              DLA PIPER LLP (US)
                                1251 Avenue of the Americas
10                              New York, NY 10020
                                Telephone: (212) 335-4500
11                              Facsimile: (212) 335-4501
                                *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09  _____

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**